*ORIGINAL*

AO 240  (1/94)

# United States District Court

### DISTRICT OF

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Plaintiff**

DANIEL JOSEPH BINGENHEIMER
AKA/JOE DANIEL

**V.**

**Defendant**

GREYHOUND LINES, INC.

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 06-3270

I, DANIEL Joseph Bingenheimer/AKA JOE DANIEL declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?:          ☒ Yes          ☐ No          (If "No" go to Part 2)

    If "Yes" state the place of your incarceration ILLINOIS RIVER CORRECTIONAL CENTER

    Are you employed at the institution? NO     Do you receive any payment from the institution? YES

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☐ Yes          ☒ No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
        APCO contractingCo INC. SAVANAHGA. 900½WK. Oct. Nov. 2003

3.  In the past 12 twelve months have your received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  NONE

I declare under penalty of perjury that the above information is true and correct.

10-31-06 _____
DATE          SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 31.68 on account to his/her

credit at (name of institution) IL River Correction Center . I further certify

that the applicant has the following securities to his/her credit: $31.68 at IL River Trust

Fund . I further certify that during the past six months the applicant's

average balance was $ 40.00 .

16-31-06 _____
DATE          SIGNATURE OF AUTHORIZED OFFICER
Ronald Sessi Clerical Services Supervisor

**Illinois River Correctional Center**
**Trust Fund**
Inmate Transaction Statement

d_list_inmate_trans_statement_composite

REPORT CRITERIA - Date: 05/01/2006 thru End;    Inmate: K71641;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: K71641 Bingenheimer, Daniel**      **Housing Unit: IRI-02-B -72**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 0.34 |
| 05/02/06 | Mail Room | 10 Western Union - Not Held | 122200 | 8445209252 | RISSLER, ROSE | 50.00 | 50.34 |
| 05/04/06 | Point of Sale | 60 Commissary | 124751 | 371613 | Commissary | -43.40 | 6.94 |
| 05/15/06 | Disbursements | 80 Postage | 135312 | Chk #101903 | 43095, DOC: 523 Fund Inmate Re, Inv. Date: 05/04/2006 | -.63 | 6.31 |
| 05/15/06 | Payroll | 20 Payroll Adjustment | 135112 | | P/R month of 04/2006 | 28.80 | 35.11 |
| 05/23/06 | Point of Sale | 60 Commissary | 143723 | 374155 | Commissary | -20.17 | 14.94 |
| 05/31/06 | Disbursements | 80 Postage | 151312 | Chk #102256 | 44626, DOC: 523 Fund Reimburse, Inv. Date: 05/30/2006 | -2.07 | 12.87 |
| 05/31/06 | Disbursements | 90 Medical Co-Pay | 151312 | Chk #102256 | 43976, DOC: 523 Fund Reimburse, Inv. Date: 05/18/2006 | -2.00 | 10.87 |
| 06/07/06 | Point of Sale | 60 Commissary | 158751 | 375610 | Commissary | -10.57 | .30 |
| 06/08/06 | Mail Room | 10 Western Union - Not Held | 159200 | 4753034900 | RISSLER, ROSEMARY | 35.00 | 35.30 |
| 06/09/06 | Payroll | 20 Payroll Adjustment | 160112 | | P/R month of 05/2006 | 14.50 | 49.80 |
| 06/20/06 | Point of Sale | 60 Commissary | 171751 | 377223 | Commissary | -43.78 | 6.02 |
| 06/30/06 | Disbursements | 84 Library | 181312 | Chk #102887 | 46135, DOC: 523 Fund Library, Inv. Date: 06/21/2006 | -.50 | 5.52 |
| 06/30/06 | Disbursements | 84 Library | 181312 | Chk #102887 | 46608, DOC: 523 Fund Library, Inv. Date: 06/27/2006 | -1.35 | 4.17 |
| 06/30/06 | Disbursements | 81 Legal Postage | 181312 | Chk #102889 | 46533, DOC: 523 Fund Reimburse, Inv. Date: 06/27/2006 | -1.59 | 2.58 |
| 07/05/06 | Point of Sale | 60 Commissary | 186751 | 378666 | Commissary | -2.56 | .02 |
| 07/05/06 | Point of Sale | 60 Commissary | 186751 | 378667 | Commissary | .38 | .40 |
| 07/05/06 | Mail Room | 01 MO/Checks (Not Held) | 186232 | 434040 | White, J | 10.00 | 10.40 |
| 07/09/06 | Mail Room | 10 Western Union - Not Held | 190200 | 3154014991 | RISSLER, ROSEMARY | 35.00 | 45.40 |
| 07/12/06 | Payroll | 20 Payroll Adjustment | 193112 | | P/R month of 06/2006 | 15.00 | 60.40 |
| 07/14/06 | Point of Sale | 60 Commissary | 195751 | 379785 | Commissary | -37.69 | 22.71 |
| 07/26/06 | Point of Sale | 60 Commissary | 207723 | 381429 | Commissary | -22.70 | .01 |
| 07/26/06 | Point of Sale | 60 Commissary | 207723 | 381442 | Commissary | 2.47 | 2.48 |
| 08/04/06 | Mail Room | 10 Western Union - Not Held | 216200 | 8868512305 | RISSLER, ROSE MARY | 50.00 | 52.48 |
| 08/08/06 | Point of Sale | 60 Commissary | 220723 | 382574 | Commissary | -52.29 | .19 |
| 08/11/06 | Payroll | 20 Payroll Adjustment | 223112 | | P/R month of 07/2006 | 14.25 | 14.44 |
| 08/21/06 | Point of Sale | 60 Commissary | 233723 | 384138 | Commissary | -13.63 | .81 |
| 09/09/06 | Mail Room | 10 Western Union - Not Held | 252200 | 6353878977 | RISSLER, ROSEMARY | 30.00 | 30.81 |
| 09/11/06 | Point of Sale | 60 Commissary | 254723 | 386361 | Commissary | 3.82 | 34.63 |
| 09/11/06 | Point of Sale | 60 Commissary | 254723 | 386362 | Commissary | -3.44 | 31.19 |
| 09/15/06 | Payroll | 20 Payroll Adjustment | 258112 | | P/R month of 08/2006 | 13.49 | 44.68 |
| 09/18/06 | Disbursements | 90 Medical Co-Pay | 261312 | Chk #104268 | 3167, DOC: 523 Fund Reimbursem, Inv. Date: 08/23/2006 | -2.00 | 42.68 |
| 09/19/06 | Point of Sale | 60 Commissary | 262702 | 387166 | Commissary | -42.33 | .35 |
| 09/29/06 | Disbursements | 84 Library | 272312 | Chk #104595 | 4932, DOC: 523 Fund Library, Inv. Date: 09/21/2006 | -.30 | .05 |
| 10/03/06 | Mail Room | 10 Western Union - Not Held | 276200 | 6692770635 | RISSLER, ROSEMARY | 50.00 | 50.05 |
| 10/12/06 | Payroll | 20 Payroll Adjustment | 285116 | | P/R month of 09/2006 | 7.14 | 57.19 |
| 10/13/06 | Disbursements | 90 Medical Co-Pay | 286312 | Chk #104853 | 5593, DOC: 523 Fund Reimbursem, Inv. Date: 10/03/2006 | -2.00 | 55.19 |
| 10/13/06 | Disbursements | 90 Medical Co-Pay | 286312 | Chk #104853 | 5226, DOC: 523 Fund Reimbursem, Inv. Date: 09/26/2006 | -2.00 | 53.19 |

Date: 06/18/2006      **Illinois River Correctional Center**        Page 2

Time:   10:06am             **Trust Fund**

d_list_inmate_trans_statement_composite     Inmate Transaction Statement

REPORT CRITERIA - Date: 05/01/2006 thru End;     Inmate: K71641;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: K71641 Bingenheimer, Daniel**          **Housing Unit: IRI-02-B -72**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 10/13/06 | Disbursements | 90 Medical Co-Pay | 286312 | Chk #104853 | 5204, DOC: 523 Fund Reimbursem, Inv. Date: 09/26/2006 | -2.00 | 51.19 |
| 10/13/06 | Point of Sale | 60 Commissary | 286751 | 389736 | Commissary | -10.61 | 40.58 |

| | |
|---|---|
| **Total Inmate Funds:** | 40.58 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 8.90 |
| **Funds Available:** | 31.68 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 10/13/2006 | 6416 | Disb | Legal Copies | 2 DOC: 523 Fund Library | $8.90 |
| | | | | **Total Restrictions:** | **$8.90** |

## AFFIDAVIT

I, _DANIEL J BINGON HETMER, AKA JOE DANIEL_ , being duly sworn do repose and state that the attached _Documents_ is true and correct in substance and fact to the best of my knowledge.

/s/ _Q.D_
Petitioner
# _K7164_
_Illinois River_ Correctional Center
P.O. Box _1900_

Subscribed and sworn to before me this
_6th_ day of _____, 200_6_.

_____
Notary Public

"OFFICIAL SEAL"
Don A. Barkdull
Notary Public, State of Illinois
My Commission Exp. 08/22/2008

_CANTON, IL_ , Illinois _61520_

_8/22/08_
Expiration of Commission

MARK E. SOUTHERST
(942) 789-7417
GREYHOUND Lines Inc.
15110 N. DALLAS PKWY
DALLAS TX 75248

### NOTICE OF FILING

TO: _US District Court Central Dist. Ill._  TO: _US MARSHALS, Central Dist. Ill._  TO: _GREYHOUND LINES INC._

_Springfield DIV 600 E. MONROE St._  _Springfield DIV. 600 E MONROE St._  _CORPORATE HEADQUARTERS_

_DALLAS, TX 75248_

_151 Federal Bldg. Springfield IL._  _151 Federal Bldg. Springfield IL_  _942-789-4447_

_62701_  _62701_

Please take notice on _November 6_, 2006, I filed with _U.S. District_

Court the attached _complaint_ , _1_

copy(ies) of which are served on you.

/s/ _____

### AFFIDAVIT OF SERVICE

**STATE OF ILLINOIS** )
)
**COUNTY OF** _Fulton_ )

I, _Bingenheimer, Daniel_ , being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at _Canton_ , Illinois, _61520_, on or about the hour of _4:00 p.m._ on _November 6_, 2006.

/s/ _____

IN THE
U.S. District Court
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
219 S. DEARBORN, 20TH FLOOR CHICAGO, IL 60604

BINGEN HEIMER
Plaintiff, AKA, JOE DANIEL

)
)
)  Case No. _____
)
v.                                              )
)
GREYHOUND LINES, INC.                           )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE US DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIV.
219 S. DEARBORN, 20TH FLOOR
Chicago, IL 60604

TO: GREYHOUND LINES, INC.
15110 N. DALLAS PARKWAY
DALLAS, TX. 75248
CORPORATE HEADQUARTERS
942 789-7898
942-789-7417

PLEASE TAKE NOTICE that on _OCTOBER, 23RD____, 20_06_, I have placed the
documents listed below in the institutional mail at _ILLINOIS River_ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: US District Court Forms 1 thru 8
Releif Form, Application to proceed

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: _November 26, 2006_

/s/ _DANIEL BINGENheimer_
NAME: _BINGENHEIMER_
IDOC#: _K7164_

Illinois River Correctional Center
P.O. BOX 1900
CANTON, IL. , IL 61520

Revised Jan 2002

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DANIEL JOSEPH BINGENHEIMER

AKA JOE DANIELS

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

BINGENHEIMER, vs. GREYHOUND
DANIEL            LINES, INC.

Case No: _____
(To be supplied by the Clerk of this Court)

_____

GREYHOUND LINES INC.

KAREN JOSEPH

FOISNER

JEFFERY LAWSON

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

_____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

✓_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.     Plaintiff(s):** DANIEL JOSEPH BINGENHEIMER
                        AKA/JOE DANIEL

Revised:  7/20/05

A.    Name:   DANIEL JOSEPH BINGENHEIMER

B.    List all aliases:  AKA JOE DANIEL, DANIEL JOSEPH

C.    Prisoner identification number:  K71641

D.    Place of present confinement:  ILLINOIS RIVER CORRECTIONAL CENTER

E.    Address:  PO Box 1900 CANTON, IL 61520

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant:  KAREN JOSEPH

      Title:  SUPERVISOR BAGGAGE CLAIMS

      Place of Employment:  GREYHOUND LINES, INC.  DALLAS TX

B.    Defendant:  FEISNER

      Title:  CLAIMS EXAMINER

      Place of Employment:  GREYHOUND LINES, INC.  DALLAS TX

C.    Defendant:  JEFFERY LAWSON

      Title:  MANAGER Baggage Lost & Found

      Place of Employment:  GREYHOUND LINES, INC.  DALLAS TX

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



2

III.   **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.   Is there a grievance procedure available at your institution?

YES ( )  NO (✗)  If there is no grievance procedure, skip to F.

B.   Have you filed a grievance concerning the facts in this complaint?

YES (✗)  NO ( )

C.   If your answer is **YES**:

1.   What steps did you take?

I Sent By VIA US MAIL
Through A THEFT Report Complaint with To the
ATLANTA, GA. Police Department.

2.   What was the result?

11-06-06
I have No Answer AS OF To Date
I AM going to Send Another By Certified MAIL

3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

N/A

D.   If your answer is **NO**, explain why not:

N/A

3                                          Revised:  7/20/05



E.     Is the grievance procedure now completed?  YES ( )  NO ( )

F.     If there is no grievance procedure in the institution, did you complain to authorities?  YES (X)  NO ( )

G.     If your answer is **YES**:

    1.     What steps did you take?

       I NOTIFIED THE SuperVISOR & THE POLICE At The GReyHound teRminal At AtLAWtA teRminal My BaggAge Was Being Stolen By A StReet TheiF While I WAS SittingON the Bus iN AtLANtA GIA.

    2.     What was the result?

       THEY told ME THAT THIS HAppens EVERy DAY They BRey Hound UNLoaDS BaggAge in StReet They have NO PARKING to FiLe A CLAim iN PHEENIX MY Last Stop.

H.     If your answer is **NO**, explain why not:

_____

_____

_____

4

Revised:  7/20/05

IV.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.    Name of case and docket number: _N/A_____

_____

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

D.    List all defendants: _____

_____

_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.    Name of judge to whom case was assigned: _____

_____

G.    Basic claim made:_____

_____

_____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised:   7/20/05

EXIBIT A

October 3, 2005

Joe Daniel
% Susan Von Nordheim
1400 N. Lake Shore Drive, #17Q
Chicago, IL  60610

Baggage Claims Department
Greyhound Lines, Inc.
Claims 0825-B
P.O. Box 660691
Dallas, TX  75266-0691

FILE:  897149

Dear Sir or Madam:

In response to your letter of September 17, 2005 (enclosed), it is my understanding that you have been unable to locate my luggage.  Attached is a copy of the baggage tracer claim, which I completed on July 24, 2005.  I checked my baggage as a handicapped individual.  I am indeed disabled and require baggage assistance when traveling.  As you will note from the baggage tracer claim, I lost approximately $2,500.00 worth of personal property while traveling with Greyhound.  I am attaching a copy of the baggage claim checks and my boarding gate packet.  The Greyhound agent who assisted me with filling out the baggage tracer claim took possession the original claim stubs and made a copy for me.

Ms. Von Nordheim is my legal guardian and attorney.  All correspondence and settlement funds should be directed to her at the above address.

Sincerely,

Joe Daniel
% Susan Von Nordheim
Tel:  312/944-6421

EXIBIT B

```
                Origin/Destination Trip Summary                24Ju105 05:4
                                     Miles  0360                0001        $    1
 W S    Orig PHOENIX                 AZ  Dep  0724    05a       05:37a MST     1
 W      Dest SAN BERNARDINO          CA  Ret          05a       05:37a PDT
 AD  1  C2     C5     SC    Bus A PTO CCod    DC
 ---------------------------------------------------------------------------
         City Agent for PHOENIX              AZ           Page 1 of 3
 MAIN    Name GREYHOUND - PHOENIX AZ         TER (602)389-4200 Page
 CrossSt 24TH ST & BUCKEYE                   TKT (602)389-4202 TrvA
 Addr  * CHUCK JONES              Agcy 8614  BAG (602)389-4205 Fax    (602)3
         2115 E BUCKEYE RD        Supv 1110  CS  (602)389-4200 GPX    (602)3
                                  Type   CT  PTO (602)389-4227 P&D
                                  Zip 85034                    GCX
 Spcl  TRIPS LOCATION                                         FS
 Note                                                         Charter (800)4
       TRACING # 389-4205              Services    T Z   E   B  G    P L D Q  M N
       MTWTFSSH    -Open----Close-              -Open----Close-    -Open----Clo
 TER   XXXXXXXX   12:00A - 11:59P
```

F4-First Agency   F5-More Agents                         F15-Agency Se

# GREYHOUND LINES, INC.

## *SAVE 15% OFF YOUR NEXT TICKET PURCHASE ANYWHERE GREYHOUND TRAVELS.

This coupon is good for a 15 percent discount off a
full fare walk up ticket. *Valid for purchase starting
Aug 1st, for travel Sept 6th through Nov 16th, 2005.

Discount is not applicable for use in any Casino or
Commuter markets. Good at participating locations
and participating schedules. No further discounts
apply and cannot be combined with any other promotional
offers. Holiday Travel Blackouts will apply.

Tickets may be purchased at Greyhound.com. Please use
coupon code FALLBB. Ticket agents please use code BB.

## GREYHOUND PACKAGE EXPRESS

Ship your packages by GREYHOUND PACKAGE EXPRESS and
receive 25% off Express charges by presenting this
coupon at time of shipping.

Coupon must be presented at the time of shipment
processing and is not valid on collect or commercial
charge account shipments. Coupon must be redeemed no
later than 120 days from date of issuance. Coupon is
not valid in conjuction with any other promotion or
discount. Coupon valid only in the Continental
United States. Other restrictions may apply.

Greyhound Package Express...
Your Shipment Is Our Priori

EXIBIT C

\* CLAIM STUB \*
BAG(S) CHECKED
21Jul05 08:29p

DANIEL JOE

21Jul05 11:30p

CLAIM BAG(S) AT:
PHOENIX        AZ

BOH LOCATION:
PHOENIX        AZ

CP326654

CONF #:
81921198

\* CLAIM STUB \*
BAG(S) CHECKED
21Jul05 08:27p

DANIEL JOE

21Jul05 11:30p

CLAIM BAG(S) AT:
CHARLOTTE    NC
ATLANTA      GA
DALLAS       TX
PHOENIX      AZ

BOH LOCATION:
PHOENIX        AZ

CP326663
BAG NUMBER:
2 of 2
CONF #:
81921483

\* CLAIM STUB \*
BAG(S) CHECKED
21Jul05 08:27p

DANIEL JOE

21Jul05 11:30p

CLAIM BAG(S) AT:
CHARLOTTE    NC
ATLANTA      GA
DALLAS       TX
PHOENIX      AZ

BOH LOCATION:
PHOENIX        AZ

CP326652
BAG NUMBER:
1 of 2
CONF #:
81921483

Call + let her
Know which type + col
bags are
missing

in yr name?

Trac #
12089094
12089105
12089116

aft. 2:40    Call C update

Called 8/12
8/17

Cking Warehouse

Total =
APPRX
$2,500.00

\* CLAIM STUB \*
BAG(S) CHECKED
21Jul05 08:29p

DANIEL JOE

21Jul05 11:30p

CLAIM BAG(S) AT:
PHOENIX        AZ

BOH LOCATION:
PHOENIX        AZ

CP326655
CONF #:
81921198

1 800-413-2871

4800085

**GREYHOUND LINES, INC. BAGGAGE LOCATOR SERVICE/**
**GREYHOUND LINES, INC. SERVICIO DE BUSQUEDA DE EQUIPAJES**   DESPRENDA POR LA PERFORACION Y

| PART/ SECCION B | TEAR AT PERFORATION AND GIVE TO CUSTOMER. COMPLETE PART B AND GIVE TO TRACING AGENT. DESPRENDA POR LA PERFORACION Y ENTREGUE AL CLIENTE. LLENE LA SECCION B Y ENTREGUELA AL AGENTE DE BUSQUEDA. |
|---|---|

BAGGAGE/EQUIPAJE ___✓___ o/o EXPRESS/EXPRESO _____    DATE/FECHA: 7-22-05

LAST NAME/APPELLIDO __Lawson__    FIRST NAME/NOMBRE DE PILA __Jeffery__

ADDRESS/DIRECCION __6719 GREENWICH LN__    STATE/ESTADO __TX__    ZIP/ZONA POSTAL __75230__

CITY/CIUDAD __Dallas TX 7__

CONTACT PHONE NO. __2972-239-7898__

CHECK/BUSBILL NO./NO. DEL COMPROBANTE O PASAJE DE AUTOBUS    TYPE/TIPO    COLOR/COLOR    CHECK/BUSBILL NO./NO. DEL COMPROBANTE O PASAJE DE AUTOBUS    TYPE/TIPO    COLOR/COLOR
CP-347954    25    BK

Ft. worth, Tx

DISTINGUISHING CHARACTERISTICS/CARACTERISTICAS DISTINTIVAS
7-22-05

ADDITIONAL NAME ON ITEM (LAST)/NOMBRE ADICIONAL EN EL BIEN (APELLIDO)    (FIRST)/(NOMBRE DE PILA)    STATE/ESTADO __TX__

ENTREGUE NUEVAMENTE A: CIUDAD __Dallas__

**Greyhound Planes, Inc.**    214-849-6046

EXHIBIT D

## Greyhound Lines, Inc.

### BAGGAGE TRACER CLAIM - TO BE COMPLETED BY PASSENGER
### PLEASE TYPE OR PRINT / ESCRIBA A MAQUINA O CON LETRA DE MOLDE

TRACING AGENTS FILE NO. / NO. ARCHIVO.    DEPT. FILE NO. / NUMERO DE RECLAMO.
DESTINATION CARRIER / PORTADOR DE DESTINO (AUTOBUS)
CLAIM IS FOR / RECLAMO ES PARA:  ☐ LOSS / PERDIDA   ☐ DAMAGE / DAÑO   ☐ PILFERAGE / RATERIA   ☐ OTHER / OTRO (EXPLAIN ON A SEPARATE SHEET)

NAME / ☐ MR ☐ MRS ☐ MISS / NOMBRE / ☐ SR ☐ SRA ☐ SRTA    Joe Daniels c/o Ms Susan Van Horn Mori Attorney at Law, Yucca Academy of SF or Susan Marisselos
PHONE # / NUMERO DE TELEPHONO    762
SOCIAL SECURITY NUMBER / NUMERO DEL SEGURO SOCIAL

MAILING ADDRESS / DIRECCION DE HOGAR    1400 N. Lakeshore Drive    APT. # / # DE APT.  Apt L179
CITY - STATE - ZIP / CIUDAD - ESTADO - CODIGO    Chicago IL 60610

HOW MANY TICKETS PURCHASED?    BAGGAGE CHECKED BY / EQUIPAJE REVISADO POR:  ☐ DRIVER / CHOFER   ☐ TICKET AGENT / AGENTE DE BOLETO   ☐ OTHER / OTRO
NUMBER OF PIECES CHECKED / NUMERO DE PIEZAS REGISTRADAS
FULL FARE / TARIFA ADULTO    HALF FARE / TARIFA NIÑO

BAGGAGE CHECKED FROM / EQUIPAJE REGISTRADO EN DESDE    Raleigh NC
BAGGAGE CHECKED TO / EQUIPAJE A REGISTRADO HACIA    Phoenix AZ
DATE CHECKED / FECHA REGISTRADO    MO / MES 2  DIA 1  YR / AÑO 05
TIME OF DEPARTURE / HORA DE SALIDA  ☐ A.M. ☐ P.M.
DATE OF ARRIVAL / FECHA DE LLEGADA  7-24-05
TIME OF ARRIVAL / HORA DE LLEGADA  4:30  ☐ A.M. ☐ P.M.

BAGGAGE CHECK NO. (INCLUDING PREFIX) / NUMERO DE COMPROBANTE DE EQUIPAJE (INCLUYENDO LETRAS)
COMPANY ISSUING CHECK / COMPAÑIA QUE DIO EL COMPROBANTE
TIME BAGGAGE CHECKED / HORA DE REGISTRO DEL EQUIPAJE  ☐ A.M. ☐ P.M.
NOTE: Si baggage was not checked, attach separate explanation. / NOTA: Si equipaje no fue comprobante agregue explicacion separada.

LIST TRANSFER POINTS AND BUS COMPANIES USED / PONGA LOS LUGARES DE TRANSBORDEA Y NOMBRE DE COMPAÑIA DE AUTOBUS USADO    Greyhound
HAVE YOU FILED ANY CLAIM IN THE PAST TWO YEARS? / HA HECHO UN RECLAMO EN LOS ULTIMOS 2 AÑOS?  ☐ NO / NO  ☐ YES (WHICH BUS COMPANY) / SI (QUE COMPAÑIA DE AUTOBUS)

LIST ALL NAMES ON THE OUTSIDE OF BAGGAGE / ANOTE TODOS LOS NOMBRES AL VERDE DEL EQUIPAJE    Joe Daniels
LIST ALL NAMES INSIDE OF BAGGAGE / PONGA TODOS LOS NOMBRES DENTRO DEL EQUIPAJE    Joseph T Daniels

DESCRIBE CONTAINER (Refer to baggage identification chart on back of last page - Be sure to show type and color) / DESCRIPCION DE EQUIPAJE (Identifique el equipaje al reverso del este forma - Asegure de poner tipo y color)
TYPE / TIPO  Bag    COLOR / COLOR  Blk    MATERIAL / MATERIAL    SIZE (S - M - L) / TAMAÑO (C - M - G)    BRAND / MARCA  Harley Davidson
DATE OF PURCHASE / FECHA DE COMPRA  July 21, 2005    PURCHASE COST / COSTA DE COMPRA  165.00

### LIST AND FULLY DESCRIBE CONTENTS FOR WHICH CLAIM IS BEING MADE / HAGA LISTA Y DESCRIBA CONTENIDAS CONTENIDAS DEN DEL RECLAMO PUESTO

| NUMBER OF ARTICLES / NUMERO DE ARTICULOS | DESCRIPTION OF ARTICLES (indicate color, material and brand name) / DESCRIPCION DE ARTICULOS | MAN'S (M) WOMAN'S (W) CHILD'S (C) | NOMBRE (N) MUJER (M) NIÑO (N) | DATE OF PURCHASE / MO / MES YR / AÑO | PURCHASE COST / COSTA DE COMPRA | DEPRECIATED VALUE / REPAIR COST |
|---|---|---|---|---|---|---|
| (1) | Large Harley Davidson Bag | M | HDS | 11-03 | $175.00 | same |
| 10 | CD's | | | 2-05 | $200.00 | " |
| (1) | Check Book Leather | | | 12-04 | $28.00 | " |
| (1) | Wallet Black & JDS | | | 6-04 | $35.00 | " |
| | Money in Wallet cash & plush credit cards | | | | $400.00 | |
| (1) | Panasonic CD player & headphones | | | 01/02 | $28.00 | " |
| (1) | Bible (Leather) | | | | $75.00 | |
| | Meditation seizure DVD & mat'l | | | | $10.00 | copy |
| (1) | Nextel Blackberry | | | 06/04 | $400.00 | " |
| (1) | Nextel Headset | | | 05/05 | $270.00 | " |
| (1) | Black Leather Harley Davidson Jacket | | | 12/05 | $580.00 | " |

The Greyhound employee left my baggage on the side of the street ...
The passenger next to me on bus issues me handle of mg special ...
man picked up my bag and split it from the bags I ...
It was placed by Greyhound personnel in the street ...
I depended this to customer serv and they thus left it ...
Employee to bring my bag from the street into the store area

TOTAL CLAIMED / RECLAMO TOTAL

### ATTACH ORIGINAL BAGGAGE CLAIM CHECK AND COPY OF BUS TICKET. / ENVIE JUNTO CON LA FORMA LA CONTRASEÑA COMPROBANTE ORIGINAL DEL EQUIPAJE Y COPIA DEL BOLETO.

WHEN FOUND FORWARD BAGGAGE TO (AGENCY - CITY) / CUANDO ENCONTRADO ENVIE EQUIPAJE PARA (AGENCIA - CIUDAD)    Phoenix AZ

I certify that I am the sole owner of the above described property which has been lost or damaged as specified and that the statements given are true. I also certify property for which loss claim is filed has not been received from any source. / Yo certifico que soy el unico dueño de la propiedad descrita que ha sido perdida o dañada y que la declaracion dada es verdad. Yo tambien certifico que la propiedad por la cual el reclamo es hecho no ha sido recibida de ningun lado.

CLAIMANTS SIGNATURE / FIRMA DEL QUE RECLAMA    Joe Daniels    DATE / FECHA  7-24-05
WITNESS / TESTIGO

If claimant is a minor, give name and address of parent or legal guardian. / Si el demandante es menor de edad nombre y direccion de padres o tutor.
NAME / NOMBRE    ADDRESS / DIRECCION    CITY / CIUDAD    STATE / ESTADO    ZIP / CODIGO POSTAL

☐ I HAVE RECEIVED BAGGAGE CLAIM CHECK. / RECIBI COMPROBANTE ORIGINAL    7/24/05
☐ I HAVE RECEIVED COPY OF BUS TICKET. / RECIBI COPIA DEL BOLETO DEL BUS    S1614    Phoenix AZ  85034
AGENTS SIGNATURE / FIRMA DEL AGENTE    DATE / FECHA    AGENCY NUMBER / NUMERO DE AGENTE    CITY / CIUDAD    STATE / ESTADO    ZIP / CODIGO POSTAL

**WHITE - CLAIMS DEPARTMENT    CANARY - TRACING AGENT    PINK - PASSENGER**
BLANCO - DEPARTAMENTO DE RECLAMOS    AMARILLO - AGENTE TRAZADOR    ROSA - PASAJERO

EXIBITE

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____  ☐ Agent
                   ☐ Addresse

B. Received by ( Printed Name)   OCT 1 0 2005  Date

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Greyhound Lines, Inc.
Claims 0825-B
P.O. Box 660691
Dallas, TX 75266-0691

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandis
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0002 5918 9331

PS Form 3811, February 2004       Domestic Return Receipt      102595-02-M-1!

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

DALLAS TX 75266

| | | UNIT ID: 0063 |
|---|---|---|
| Postage | $ 0.60 | |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.65 | |

Sent To
Greyhound Lines
Street, Apt. No.; or PO Box No.  P.O Box 660691
City, State, ZIP+4  Dallas, TX 75266-0691

PS Form 3800, June 2002        See Reverse for Instructions

7005 1820 0002 5918 9331

# TICKETS



**EXHIBIT 30**
8:30 AM
4:20 SUNNY

TIME: EXHIBIT F
GATE: A  EXHIBIT E



1-800-231-2222
WWW.GREYHOUND.COM

## TracFONE
### nationwide prepaid wireless



- no contracts
- no credit checks
- pay as you go
- free nationwide long distance
- largest coverage area in the U.S.

wireless
where you
**control**
your costs™

OfficeMax
STAPLES
SAFEWAY

Interested in becoming
a Greyhound Driver?

# 1-800-669-9612



Not Just a Job,
But a Career.

Join a Winning Team



GREYHOUND

EXIBIT 6

On July 22, 20 05 I was ariving the Aslanta Grey hound terminal. I am Bipolar and have 4 sreziuer disorder my Bags were marked Handycaped. The Bus unloaded in The street there is no parking. I told the driver I am Handycaped and need help with my Bags The driver told me to sit down the Baggage for Handy cap will go to A secured area. I still Insisted that I got off the Bus to make sure my Baggage gets unloaded he still would not let me off the Bus. As I waited for the Handy cap to leave the Bus after the non handycaped Left the Bus I was Looking out the window on the oposite side of the cuebs where I was sitting and noticed a man steeling my Black Harley Duffle Bag I had told the driver he who told me to go inside customer service I did. The Lady at Customer service told me it happens all the time They unloads the Baggage in the middle of the street and the homeless people steel the Lussage. They sit on a Bench across the street from where the Bus unloads. The custonsee seevice told me that when I quet to my Final Destination That's where I get a Baggage claim And it must be my Final Destination. I got to Phonix The Baggage Claim Lady took my original tickets told me she has to have them If I want a claim form. I was not allowed to use Their telephone And they would not accomichate me for my Inconvenice. I was Stranded I had nobody to call and no money. I had no medicine I was Living In the A emty Trailer Begging for food + shelter. I had no Bipolar Mediction Depakote. After a couple of months I hitch hiked to Chicago. I got to Chicago In November. I was Exhasted My sister Susan had been trying to get Grey hond to pay me

for the theft. So I cant get my Mediation. All I had was in my Harley Ruffle Bag. I am Bipolar Jype III and also Handycaped I have a Steezing Disorder & a Hearing Imperament. I could have seriously heet myself. This was no way to treat The Mentally Ill and the Disabled. Due to the fact I was in Desertey Exhausted and Patigue I was not Sharble And I got caught Steeling at a Store and Dipnt even know it. I was without my Mediaction for months Making me Manic And unStable.

I am Asking the Court For Damages & Compensation
1. Mental Anguish
2. Pain & Suffering
3. Stolen properity
4. ~~Stress~~ Wrong Doing

5 Million Dollars

V.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

THE SECURITY LADY AT ATLANTA GREYHOUND TOLD ME TO SIT DOWN AND SHE WILL GET ME A MANAGER. The MANAGER TOLD ME to get A CLAIM FORM AT MY LAST Destination to FILL it out. I got THE CLAIM FORM IN Phoenix AZ the MANAGER ON Duty TOLD me That She needs my ORIGINAL Tickets I Tried to give her the copies They made for me IN DALLAS But She INSIST she must take my tickets For policy Rules I CAN Not make A CLAIM with copys I MUST give her my Baggage tickts IN my FOLDER. I AM BIPOLAR Type II. I AM DISABLED I needed my medicine It WAS IN my BAG Stolen. I ASKEd to USE A telephone She SAID NO. I WAS StrANded. The people involved ARE on the EXIBITS I INCLUDED, See EXIBITS A, B, C, D, E, G

I HAVE Been TAKEN ADVANTAGE of BEINg BIPOLAR TYPE III mentally ILL.



6                                          Revised:   7/20/05

I want my ticket money plus the stolen property
ticket 163.00 property Aprox 2,500.00
Mental Angish, PAIN & SUFFERING, MEDICAL HARM, MENTAL CRUELTY
I AM Looking For compensation 1.0 ML DOLLARS
TOTAL Amount Relief is 1,002,663.00

I AM Bipolar type III. I HAVE DISABILITY
I HAVE A SIEZURE DISORDER. I HAVE HEARING
LOSS. I AM DIABetic. I Am mentally ill.

Claim GRACE ATTORNEY At LAW
Goff Reich G-RACE & LIVINGSTON
200 W. Superior Street
Ste. 210
Chicago, IL. 60610
(312) 943-0600

VI.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT A CLASS ACTION SUE+ AGAIN+ GREY Hound Lines. CIVIL ACTION NEGLAgent, MALIShious Inten+ I WANT A COURT DATE FOR Compensaton for DAMAGES to me And HARM, PAin & SUFFERING I WANT CIVIL COURTCASE JO Be Filed Agnist GReyhoul lines

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___6th___ day of ___November___20 06

_____
(Signature of plaintiff or plaintiffs)

DANIEL JOSEPh BIINGENHEImeR AKA JOE DANIEL
(Print name)

___K7164___
(I.D. Number)

ILLINOis RiVER CORRECTioNal CenteR

PO Box 1900
CANTON IL, 61520
(Address)

8

Revised:  7/20/05



Susan V. Nordheim
Attorney-At-Law

1400 North Lake Shore Drive
Chicago, IL 60610
(312) ~~555~~

Please be
advised
that I
am one
of the
Attorney's
representing

312/752-8634

Daniel Bingenheimer

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
20  SUPREME COURT OF ILLINOIS  06
REGISTRATION NO.    STATUS    ADMITTED
6244897    Active    5/7/1998

Susan Von Nordheim

5606

INACTIVE MEMBERS ARE NOT ENTITLED TO PRACTICE LAW

Susan Von Nordheim

ATTORNEY SIGNATURE