# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DANIEL JOSEPH BINGENHEIMER,**
       Plaintiff,

  vs.              Case Number: **06-3270**

**GREYHOUND LINES, INC.,**
**KAREN JOSEPH, . FOISNER and**
**JEFFERY LAWSON,**
       Defendants.

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** pursuant to the Court's Merit Review Order entered on March 9, 2007 by the Honorable Harold A. Baker and pursuant to 28 U. S. C. Section 1983, the plaintiff's lawsuit is dismissed for lack of jurisdiction.  This case is terminated.---------------------------------------------------------------

               ENTER this 9th day of March, 2007

                 s/John M. Waters
                JOHN M. WATERS, CLERK

                   s/M. Stewart
                BY:  DEPUTY CLERK